# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**615**

**CA 12-02222**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

NORMAN M. PERRY, INDIVIDUALLY, NORMAN M. PERRY,
AS EXECUTOR OF THE ESTATE OF WANDA M. PERRY,
DECEASED, AND THE ESTATE OF WANDA M. PERRY,
DECEASED, PLAINTIFFS-APPELLANTS,

V                                                                    ORDER

JAMES EDWARDS AND DIANNE EDWARDS,
DEFENDANTS-RESPONDENTS.

---

UAW LEGAL SERVICES PLAN, LOCKPORT (BOOKER T. WASHINGTON OF COUNSEL),
FOR PLAINTIFFS-APPELLANTS.

LAWRENCE A. SCHULZ, ORCHARD PARK, FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 15, 2012. The order granted the motion of defendants for summary judgment and dismissed the second amended complaint of plaintiffs.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court (*see generally King's Ct. Rest., Inc. v Hurondel I, Inc.*, 87 AD3d 1361, 1362).

Entered:  June 13, 2014                          Frances E. Cafarell
                                                 Clerk of the Court